

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00238-CR

Juan Roberto **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1990CR1294-W10
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On June 21, 2022, we abated this case to the trial court and ordered the trial court to conduct a hearing to determine: (1) whether appellant desires to prosecute his appeal; (2) whether appellant wishes to discharge his appointed attorney and proceed with his appeal pro se; (3) whether the waiver of assistance of counsel is made voluntarily, knowingly and intelligently; (4) whether appellant's decision to proceed pro se is in the best interest of appellant and of the State, and in the furtherance of the proper administration of justice; and (5) whether appellant is fully aware of the dangers and disadvantages of self-representation. We ordered the trial court to file its written findings no later than August 5, 2022. However, the trial court has requested an extension of time to conduct the hearing. The request is GRANTED.

We ORDER the trial court to file its written findings with the trial court clerk on or before **September 7, 2022**. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2022.



Michael A. Cruz,
Clerk of Court